Rod Danielson
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

ORIGINAL

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

IN RE:

JANELLE MARIE QUALM
FRANK ALAN QUALM

　　　　　Debtor(s).

Case No.: 6:09-bk-30065-MJ

NOTICE OF HEARING ON TRUSTEE'S
MOTION TO DISMISS

Hearing Date: 03/15/2010
Hearing Time: 1:30 pm
Courtroom:    302
3420 Twelfth Street, Riverside, CA 92501

    NOTICE IS HEREBY GIVEN: The hearing on debtor's opposition to the Trustee's motion to dismiss will be held at the above-referenced time, date and place. On that date the delinquency will be $1,058.00.

Date: 3/4/2010

_____
Rod Danielson, Chapter 13 Trustee

FG:182

| In re: | JANELLE MARIE QUALM<br>FRANK ALAN QUALM | | Chapter: 13 |
|---|---|---|---|
| | | Debtor(s) | Case Number: **6:09-bk-30065-MJ** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **Notice of hearing** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____3-4-10_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
JANELLE MARIE QUALM
FRANK ALAN QUALM
14863 WILLOW ST.
HESPERIA, CA  92345

Attorney for Debtor
Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA  92653

☐ Service Information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**(Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3-4-10 | Susan Jones | *Susan Jones* |
|---|---|---|
| Date | Type Name | Signature |

FG:173-POS