| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>4361 Latham Street, Suite 270<br>Riverside, CA  92501-1749<br>(951) 826-8000  FAX (951) 826-8090<br><br>☐ Attorney for<br>☒ Chapter 13 Trustee | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER  13<br><br>CASE NUMBER 09 30065 MJ |
|---|---|
| In re:<br><br>QUALM                              Debtor(s). | No hearing required |

## TRUSTEE'S COMMENTS ON OR OBJECTION TO:

☒  DEBTOR'S MOTION TO MODIFY PLAN

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on ____3/12/10____ as docket entry number ____26___ recommends:

☒        APPROVAL on the following conditions:

Debtors seek to suspend two months of payments & reduce the plan payment amount and percentage to unsecured creditors based on changes in income.

The Trustee notes the following problems with the motion:

(1)The motion has not been served on any creditors, a violation of LBR 3015-1(x);

(2) Debtors have failed to submit the most current paystubs evidencing changes in their income (stubs submitted are two or more weeks old);

(3) Debtors have failed to file amended Schedules I & J in support of the proposed modification;

(4) Based on the original Schedule J filed with the petition on August 28, 2009, debtors have plenty of surplus available to continue to fund the plan at its current amount. Schedule J appears to be padded, with one & possibly two adult non-contributing adult children in the household;

(5) No evidence of any changes in expenses accompanies this motion.

For the foregoing reasons, the Trustee recommends that the motion be granted in the following, limited, respects: two plan payments (January & February 2010) be suspended. No other modification is warranted based on this motion.

Debtor's counsel to file an order on the motion via LOU.

Dated:    ____March 12, 2010____

*Rod Ozl*
Rod Danielson, Chapter 13 Trustee

Digitally signed by Rod Danielson
DN: cn=Rod Danielson, o=Central
District of California,
ou=Riverside Division,
email=rod@rodan13.com, c=US
Date: 2010.03.12 12:46:49 -08'00'

| In re:  **JANELLE MARIE QUALM** | **Chapter: 13** |
|---|---|
| **FRANK ALAN QUALM** | |
| Debtor(s) | Case Number: **6:09-bk-30065-MJ** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **Trustee Comments** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____3-12-10_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
JANELLE MARIE QUALM
FRANK ALAN QUALM
14863 WILLOW ST.
HESPERIA, CA  92345

Attorney for Debtor
Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA  92653

☐  Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**(Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐  Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____3-12-10_____ | _____Susan Jones_____ | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

FG:173-POS