| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>4361 Latham Street, Suite 270<br>Riverside, CA  92501-1749<br>(951) 826-8000  FAX (951) 826-8090<br><br>☒ Chapter 13 Trustee | ORIGINAL |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER  13<br>CASE NUMBER  09 30065 MJ |
|---|---|
| In re:<br><br>QUALM<br><br><br><br>Debtor(s). | |

## TRUSTEE'S COMMENTS ON OR OBJECTION TO:

☒ DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
☐ DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT
☐ DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY

The undersigned Chapter 13 Trustee, having reviewed Creditor's objection filed on ___7/15/10__ as docket entry number _____37___, recommends:

☒      DISAPPROVE:

*(Debtors seek to suspend 1 plan payment (2 already suspended in this 11-month-old plan), reduce plan payment amount from $529.00 to $160.00 and increase to $416 in 32nd month, and reduce percentage to unsecured creditors from 80% to 37%).*

1. A review of amended Schedules I and J reflect that with a little thrift and frugality, debtors have the ability to pay a higher plan payment than that proposed. Debtors have filed two Schedules J (debtors are divorcing), and while the 2nd Schedule J attached to the motion shows a fiscally responsible budget, the 1st Schedule J reflects some excessive expenses (e.g., telephone at $150.00 per month; food for three at $610.00 (excluding the 20 year-old daughter who is not contributing financially to the household); transportation of $325.00 + $75.00 for "auto tags and repair," which is part of transportation). Even with the reduction in income and change in household make-up, there is no basis for reducing the plan payment amount or the percentage to be paid to unsecured creditors to the extent requested. This court has reviewed literally thousands of Scheduels J and is well aware of the reasonable and necessary living expenses for similarly-situated families in the Inland Empire. It is incumbent upon debtors to make their best efforts to repay their creditors:

   > The hallmark of a Chapter 13 case is the Congressionally imposed bargain between the debtor and the debtor's creditors whereby the debtor is allowed to keep pre-petition property in exchange for promising a future stream of payments to the debtor's pre-petition creditors. As part of that bargain, the debtor is expected to engage in a certain amount of "belt-tightening" and forego unwarranted luxuries and a lavish lifestyle, which, in some cases, is the root cause for the filing of the bankruptcy petition. *E.g., Cordes,* 147 B.R. at 504-05 (explaining the "big picture" of Chapter 13 as "[a]n equitable balance between the rights of debtors and the rights of creditors.... [When] the debtor proposes to build up equity in assets which the legislature has not found essential to a fresh start; [and] more crucially, [when] the debtor proposes to correspondingly defer, reduce, or

even delay a return to other creditors on their prior claims. . .] by diverting estate
resources to nonessential assets[, such a proposal] impermissibly tips the balance of
bankruptcy relief. . ."). In re McNeely, 366 B.R. 542 (Bankr. N.D. W. Va., 2007).

2. The burden is on the debtor to prove each element of the relief sought (see In re Huerta, 137 B.R. 356
   [Bankr. C.D. CA 1992]); to date, that burden has not been met.

3. Based on debtors' revised budget and proof of income, the Trustee believes debtors can afford a plan
   payment of at least $300.00, and recommends the following: suspend the plan payments for the
   months of April-June, 2010 (no further suspensions in this plan); plan payment amount reduced to
   $300.00 commencing with the payment due July 28, 2010 and increasing to $556.00 commencing with
   the 32nd payment; percentage to unsecured creditors reduced to 55%.

*(Debtors are reminded that if there has been a significant adverse change in their financial circumstances, they should speak with their attorney about other options which may be available under the bankruptcy code.)*

*Counsel for debtor to upload appropriate order via LOU.*

Dated:   July 26, 2010

_____
Rod Danielson, Chapter 13 Trustee

Digitally signed by Rod
Danielson
DN: cn=Rod Danielson,
o=Central District of California,
ou=Riverside Division,
email=rod@rodan13.com, c=US
Date: 2010.07.26 14:32:08 -07'00'

| In re:  **JANELLE MARIE QUALM**<br>**FRANK ALAN QUALM** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:09-bk-30065-MJ** |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **Trustee Comments** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____7-28-10_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
JANELLE MARIE QUALM
FRANK ALAN QUALM
7701 WEST SAINT JOHN ROAD
#11088
GLENDALE, AZ 85308

Attorney for Debtor
Gregory J Doan
25401 Cabot Rd Ste 119
Laguna Hills, CA  92653

☐ Service Information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**(Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7-28-10 | Susan Jones | *Susan Jones* |
|---|---|---|
| Date | Type Name | Signature |

FG:173-POS